| | |
|---|---|
| EMILY JOHNSON HENN (Bar No. 269482) | PATRICIA N. SYVERSON (SBN 203111) |
| KATHRYN E. CAHOY (Bar No. 298777) | MANFRED P. MUECKE (SBN 222893) |
| COVINGTON & BURLING LLP | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 333 Twin Dolphin Drive, Suite 700 | 600 W. Broadway, Suite 900 |
| Redwood Shores, California 94065-1418 | San Diego, CA 92101 |
| Telephone: + 1 (650) 632-4700 | Telephone: (619) 798-4593 |
| Facsimile: + 1 (650) 632-4800 | psyverson@bffb.com |
| Email: ehenn@cov.com | mmuecke@bffb.com |
| Email: kcahoy@cov.com | |

*Attorneys for Defendants Philosophy, Inc., Philosophy Mezzanine Corp., and Coty, Inc.*

*Attorneys for Plaintiff Vivian Bogdanic*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VIVIAN BOGDANIC, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILOSOPHY, INC., an Arizona company, PHILOSOPHY MEZZANINE CORP., a Delaware corporation, and COTY, INC., a Delaware company,<br><br>Defendants. | Civil Case No.: 3:17-cv-05094-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

The undersigned counsel for Plaintiff Vivian Bogdanic, ("Plaintiff") and Defendants Philosophy, Inc., Philosophy Mezzanine Corp., and Coty, Inc. ("Defendants") in the above-captioned action hereby stipulate and agree as follows:

1. Pursuant to ECF No. 16, the Court set an initial case management conference for December 6, 2017, at 2:00 PM. The Court also required the parties to file a joint case management conference statement by November 29, 2017, at 5:00 PM.

2. Plaintiff and Defendants have been working in good faith to resolve or narrow the issues that would need to proceed before the Court in this case.

3. Re-scheduling the initial case management conference and corresponding joint case management conference statement due date and discovery deadlines would facilitate those discussions and reduce the burden on the Court and the parties.

4. Accordingly, Plaintiff and Defendants respectfully request that the Court re-schedule the initial case management conference for a date on or after January 17, 2018, and re-schedule the due date for the corresponding joint case management conference statement to one week before the date on which the initial case management conference would be held.

5. The parties agree that any other dates triggered by the initial case management conference, including the date by which the parties should meet and confer pursuant to Federal Rule of Civil Procedure 26(f) or exchange initial disclosures pursuant to Federal Rules of Civil Procedure 26(a), would be moved in accordance with the new date for the initial case management conference.

IT IS SO STIPULATED.

DATED: November 16, 2017                     Respectfully submitted,

                                             By:  */s/ Kathryn E. Cahoy*
                                                  Emily Johnson Henn (SBN 269482)
                                                  Kathryn E. Cahoy (SBN 298777)
                                                  COVINGTON & BURLING LLP
                                                  333 Twin Dolphin Drive, Suite 700
                                                  Redwood Shores, CA 94065-1418
                                                  Phone: 650-632-4700
                                                  Fax: 650-632-4800
                                                  Email: ehenn@cov.com
                                                  Email: kcahoy@cov.com

|   |   |   |
|---|---|---|
|   |   | *Attorneys for Defendants Philosophy, Inc., Philosophy Mezzanine Corp., and Coty, Inc.* |
|   | By: | /s/ Patricia N. Syverson |
|   |   | Patricia N. Syverson (SBN 203111) |
|   |   | Manfred P. Muecke (SBN 222893) |
|   |   | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
|   |   | 600 W. Broadway, Suite 900 |
|   |   | San Diego, CA 92101 |
|   |   | Telephone: (619) 798-4593 |
|   |   | psyverson@bffb.com |
|   |   | mmuecke@bffb.com |
|   |   | *Attorneys for Plaintiff Vivian Bogdanic* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 17, 2017

_____
Hon. Jon S. Tigar
United States District Judge